IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| PAUL ALEXANDER TIMONIN & ALEXANDER PHILLIP TIMONIN, | ) ) ) | CV 23-00197 LEK-KJM |
| Plaintiffs, | ) ) ) | ORDER ADOPTING THE MAGISTRATE JUDGE'S FINDINGS AND |
| vs. | ) ) ) | RECOMMENDATION TO DENY PLAINTIFFS' MOTION FOR |
| CONSTABLE WRIGHT; CONSTABLE HUYNH; CONSTABLE ARMSTRONG-WOODLAND; SR. CONTABLE LYMBEROPOULOS; SR. SERGEANT TIMOTHY KING, | ) ) ) ) ) ) ) ) | DEFAULT JUDGMENT AND DISMISS CASE FOR LACK OF PERSONAL JURISDICTION |
| Defendants. _____ | ) ) | |

ORDER ADOPTING THE MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION TO DENY
PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT AND
DISMISS CASE FOR LACK OF PERSONAL JURISDICTION

Findings and Recommendation having been filed and served on all parties on August 28, 2023, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.1, the Findings and Recommendations are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED AT HONOLULU, HAWAII, September 19, 2023.



/s/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States District Judge